UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-00064-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO SEAL |
| v. ) | DEFENDANT'S FILING |
| ) | |
| ERICA GARY ) | |
| Defendant ) | |

Upon the motion of the Defendant ERICA GARY, and for GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry Number 125 be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk provide a signed copy of the ORDER to Defendant GARY's counsel.

IT IS SO ORDERED this __12__ day of October 2016.

Terrence W. Boyle
United States District Judge